THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND LEACH, Appellant.

Submitted March 2, 2015; decided March 26, 2015

Motion for assignment of counsel granted and Steven A. Feldman, Esq., care of Feldman and Feldman, 626 Reckson Plaza, West Tower, 6th Floor, Uniondale, New York 11556 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS J. SINCERBEAUX, Appellant.

Submitted March 16, 2015; decided March 26, 2015

Motion for poor person relief granted.

Judge FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SMITH, Appellant.

Submitted February 23, 2015; decided March 26, 2015

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER STOVER, Appellant.

Submitted March 23, 2015; decided March 26, 2015

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judge STEIN taking no part.